After Remand from the Alabama Supreme Court
 

 PER CURIAM.
 

 This Court’s judgment in
 
 State v. Sorsby,
 
 12 So.3d 130 (Ala.Crim.App.2005), granting the State’s petition for a writ of mandamus has been reversed by the Alabama Supreme Court in
 
 Ex parte Sorsby,
 
 12 So.3d 139 (Ala.2007). Pursuant to the Supreme Court’s opinion, we now deny the State’s petition for a writ of mandamus.
 

 PETITION DENIED.
 

 BASCHAB, P.J., and McMILLAN, SHAW, WISE, and WELCH, JJ„ concur.